JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE GEORGE SANCHEZ, | Case No. 2:24-cv-11092-AB-RAO |
| Petitioner, | |
| v. | JUDGMENT |
| STEPHEN SMITH, Warden, | |
| Respondent. | |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: May 12, 2025

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE